**Order entered October 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00267-CV

**FIELDTURF USA, INC., Appellant**

**V.**

**GARLAND INDEPENDENT SCHOOL DISTRICT, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01185**

## ORDER

In accordance with the Court's opinion of this date, we **DENY** as moot appellee's October 9, 2015 motion for leave to file sur-reply brief.

/s/     DOUGLAS S. LANG
JUSTICE